[No. 4353–II. Division Two. August 18, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MERVIN BARTEAUX, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark

County, No. 79–1–00204–6, John N. Skimas, J., entered September 13, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.